| Folio in register with details | Names, Addresses and occupations | | | | Shares held on return date | Shares acquired during year | | Shares divested during year | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| | Surname | Forenames | Address | Occupation | | Number | Date | Number | Date | |
| | SCHULTZ | MARY | P.O. BOX 70238, NDOLA | DIRECTOR | 999,999,999 | | | | | | |
| | SCHULTZ | GABRIEL | -DO- | DIRECTOR | 1 | | | | | | |
| | | | | | 1,000,000,000 | | | | | | |

FOR:
PROFESSIONAL SERVICES LIMITED
COMPANY SECRETARIES

### THE COMPANIES ACT NO. 26 OF 1994

# COMPANY LIMITED

*by*

# SHARES

# ARTICLES

# OF ASSOCIATION

# OF

### FINSBURY INVESTMENTS LIMITED

REPUBLIC OF ZAMBIA
MINE. OF COM. AND INDUS.
REG. OF COMPANIES AND
7 APR 1997
BUSINESS NAMES
ACCOUNTS
P.O. BOX

# THE COMPANIES ACT

(No.26 of 1994)

# ARTICLES OF ASSOCIATION

OF

## FINSBURY INVESTMENTS LIMITED
### (CERT. OF INCORP. NO 11032)

**Table of Divisions**

Preliminary and Interpretation
Share Capital and Variation of Rights
Calls on Shares
Lien
Forfeiture of Shares
Transfer of Shares
Transmission of Shares
Conversion of Shares into Stock
Alteration of Capital
General Meetings
Proceedings at General Meetings
Directors
Borrowing Powers
Proceedings of Directors
Managing Director
Associate Directors
Secretary
Seal
Inspection of records
Dividends and Reserves
Capitalisation of Profits
Winding up
Indemnity
Arbitration
Amendment of the Articles
Capacity and powers
Capital

## FINSBURY INVESTMENTS LIMITED

### EXTRACT OF THE MINUTES OF THE EXTRA ORDINARY GENERAL MEETING OF THE COMPANY HELD AT THE REGISTERED OFFICES ON 13TH JANUARY 1997 AT 10.00 HOURS

#### ADOPTION OF THE NEW ARTICLES

The New Articles of Association of the company prepared in terms of the Companies Act, 1994 were tabled and IT WAS RESOLVED that these Articles be and are hereby adopted as the Articles of Association of the Company.

The Company Secretaries were requested to do the necessary registration formalities.

Confirmed as true record of the proceedings.

PROFESSIONAL SERVICES LIMITED
P.O. Box 70238, NDOLA — Zambia
COMPANY SECRETARIES

FOR
PROFESSIONAL SERVICES LIMITED
COMPANY SECRETARIES

- 1 -

## 1. PRELIMINARY AND INTERPRETATION

1 (1)    The regulations contained in the First Schedule to the Companies Act 1994 shall not apply to the company.

(2)    In these regulations, unless the context otherwise requires:

"Act" means the Companies Act, 1994

" Prescribed rate of interest" means the rate of interest prescribed in regulations made under the Act for the purposes of the Standard Articles;

"seal" means the common seal of the company and includes any official seal of the company;

"resolution" means any resolution of the company or directors.

" Secretary " means any person appointed to perform duties of a secretary of the company.

" Dividend' includes bonus;

"Paid up" includes credited as paid up;

" In writing" or "written" mean and include words written, printed, lithographed, typewritten or telexed or visibly expressed in any other mode of representing or reproducing words, or partly one and partly another;

Words importing the singular number only include the plural number, and vice versa;

Words importing the masculine gender only include the feminine gender;

Words importing persons shall include corporations and bodies of persons;

(3)    Unless the context otherwise requires, any expression, if used in a provision of these regulations that deals with a matter dealt with by a particular provision of the Act, has the same meaning as in that provision of the Act.

(4)    PRIVATE COMPANY

The company shall be a private company and accordingly the following provisions shall apply:

(a)    The right of transfer of shares shall be in the manner hereinafter provided.
(b)    The number of the members of the company shall not exceed fiifty, exclusive of persons who are in its employment or of a related body corporate and of persons, who having been formerly in the employment and have continued after the determination of such employment to be members of the company or of a related body corporate, Where two or more persons hold one or more shares in the company jointly they shall for the purpose of this regulation be treated as a single person.
(c)    No invitation shall be made to the public to subscribe for any shares or debentures of the company.
(d)    The liability of the members is limited.

- 2 -

**(g) CONVERSION INTO ANOTHER FORM OF COMPANY**

The company may be converted into another form of company by a special resolution of all the members approving such conversion and in acordance with the provisions of the Act.

**SHARE CAPITAL AND VARIATION OF RIGHTS**

2. Without prejudice to any special rights previously conferred on the holders of any existing shares or class of shares, but subject to the Act, shares in the Company may be issued by the directors and any such share may be issued with such preferred, deferred or other special rights or such restrictions, whether with regard to dividend, voting, return of capital or otherwise as the directors, subject to a resolution, determine.

3. The directors shall not issue any rights or options to shares in favour of any persons unless the issue has been authorised at a general meeting by a special resolution.

4. Subject to the Act, any preference shares may, with the sanction of a resolution, be issued on the terms that they are, or at the option of the company are liable, to be redeemed.

5. (1) If at any time the share capital is divided into different classes of shares, the rights attached to any class (unless otherwise provided by the terms of issue of the shares of that class) may, whether or not the company is being wound up, be varied with the consent in writing of the holders of three-quarters of the issued shares of that class, or with the sanction of a special resolution passed at a separate meeting of the holders of the shares of the class.

(2) The provisions of the Act and these regulations relating to general meetings apply so far as they are capable of application and with the necessary modifications to every such class meeting except that-

(a) where a class has only one member-that member shall constitute a meeting;
(b) in any other case-a quorum shall be constituted by two persons who, between them, hold or represent by proxy one-third of the issued shares of the class; and
(c) any holder of shares of the class, present in person or by proxy, may demand a poll.

(3) The right conferred upon the holders of the shares of any class issued with preferred or other rights shall, unless otherwise expressly provided by the terms of issue of the shares of that class be varied by the creation or issue of further shares ranking equally with the first-mentioned shares.

6. (1) The Company may make payments by way of brokerage or commission on the issue of shares.

(2) Such payments shall not exceed the rate of 10 per cent of the price at which the shares are issued or an amount equal to 10 per cent of that price, as the case may be.

(3) Such payments may be made in cash, by the allotment of fully or partly paid shares or partly by the payment of cash and partly by the allotment of fully or partly paid shares.

- 3 -

...ed by law, the Company shall not recognise a person as holding a   share

...shall not be bound by or compelled in any way to recognise (whether or not it ...test or rights concerned) any equitable, contingent, future or partial interest in ...in there or (except as otherwise provided by these regulations or by law) any ...of a share except an absolute right of ownership in the registered holder.

...ose name is entered as a member in the register of members shall be entitled ...receive a certificate in respect of the share under the seal of the Company in ...Act but, in respect of a share or shares held jointly by several persons, the ...be bound to issue more than one certificate.

...certificate for a share to one of several joint holders shall be sufficient delivery to

...icate is defaced, lost or destroyed, it may be renewed on payment of the fee ...or such lesser sum, and on such terms (if any) as to evidence and the ...to the company of investigating evidence as the directors decide.

...HARES

...directors may make calls upon the members in respect of any money unpaid on ...he members (whether on account of the nominal value of the shares or by way of ...not by the terms of issue of those shares made payable at fixed times, except that ...exceed one-quarter of the sum of nominal values of the shares or be payable earlier ...n from the date fixed for the payment of the last preceding call.

...mber shall, upon receiving at least fourteen days' notice specifying the time or times ...f payment, pay to the Company, at the time or times and place so specified the ...ed on his shares.
...e directors may revoke or postpone a call.
...call shall be deemed to have been made at the time when the resolution of the directors ...g the call was passed and may be required to be paid by instalments.

The joint holders of a share are jointly and severally liable to pay all calls in respect of the

...If a sum called in respect of a share is not paid before or on the day appointed for ...ment of the sum, the person from whom the sum is due shall pay interest on the sum from the ...appointed for payment of the sum to the time of actual payment at such rate not exceeding ...prescribed rate of interest as the directors determine, but the directors may waive payment of ...interest wholly or in part.
...Any sum that, by the terms of issue of a share, becomes payable on allotment or at a ...ed date, whether on account of the nominal value of the share or by way of premium, shall for ...purposes of the regulations be deemed to be a call duly made and payable on the date on ...which by these terms of issue the sum becomes payable, and, in case of non payment, all the ...relevant provisions of these regulations as to payment of interest and expenses, forfeiture or ...otherwise apply as if the sum had become payable by virtue of a call duly made and notified.
...    The directors may, on the issue of shares, differentiate between the holders as to the ...amount of calls to be paid and the times of payment.
...    (1) The directors may accept from a member the whole or a part of the amount unpaid on ...a share although no part of that amount has been called up.
...(2) The directors may authorise payment by the Company of interest upon

- 4 -

any part of an amount so accepted, until the amount becomes payable, at a rate between the directors and the member paying the sum subject to sub-regulation.

the purposes of sub-regulation (2), the rate of interest shall not be greater than-

a company has, by resolution, fixed a rate-rate so fixed; and

any other case- the prescribed rate of interest.

The Company has a first and paramount lien on every share (not being a fully paid money (whether presently payable or not) called or payable at a fixed time in respect

Company also has a first and paramount lien on all shares (other shares) registered in the name of sole holder for all money payable by him or his the Company.

The directors may at any time exempt a share wholly or in part from the provisions of this

The Company's lien (if any) on a share extends to all dividends payable in respect of the

FORFEITURE OF SHARES

(1) If a member fails to pay a call or instalment of a call on the day appointed for payment or instalment, the directors may, at any time thereafter during such time as any part of the instalment remains unpaid, serve a notice on him requiring payment of so much of the instalment as is unpaid, together with any interest that has accrued.

The notice shall name a further day (not earlier than the expiration fourteen days from the date of service of the notice) on or before which the payment required the notice is to be made and shall state that, in the event of non-payment at or before the time appointed, the shares in respect of which the call was made will be liable to be forfeited.

(1) If the requirements of a notice served under regulation 17 are not complied with, any share in respect of which the notice has been given may at any time thereafter, before the payment required by the notice has been made, be forfeited by a resolution of the directors to that effect.

Such a forfeiture shall include all dividends declared in respect of the forfeited shares and not actually paid before the forfeiture.

19. A forfeiture share may be sold or otherwise disposed of on such terms and in such manner as the directors think fit, and at any time before a sale or dispostion, the forfeiture may be cancelled on such terms as the directors think fit.

20. A person whose shares have been forfeited shall cease to be a member in respect of the forfeited shares, but shall remain liable to pay to the company all money that, at the date of forfeiture was payable by him to the company in respect of the shares (including interest at the prescribed rate of interest from the date of forfeiture on the money for the time being unpaid if the directors think fit to enforce payment of the interest), but his liability shall cease if and when the Company receives payment in full of all the money (including interest) so payable in respect of the shares.

- 5 -

... in writing declaring that the person making the statement is a director or a ... company, and that a share in the Company has been duly forfeited on a date ... ment, shall be prima facie evidence of the facts stated in the statement as ... ming to be entitled to the share.

... mpany may receive the consideration (if any) given for a forfeited share on any ... of the share and may execute a transfer of the share in favour of the person to ... d or disposed of.

... execution of the transfer, the Company shall register the transferee as the ...

... eree shall not be bound to see to the application of any money paid as ...

... the transferee to the share shall not be affected by any irregularity or invalidity ... the forfeiture, sale or disposal of the share.

... deration referred in regulations 22 shall be applied by the Company in payment ... the amount in respect of which the lien exists as is presently payable, and the ... (subject to any like lien for sums not presently payable that existed upon the ... re sale) be paid to the person entitled to the shares immediately before the ...

... isions of these regulations as to forfeiture shall apply in the case of non-payment ... by the terms of issue of a share, becomes payable at a fixed time whether on ... nominal value of the shares or by way of premium, as if that sum had been payable ... duly made and notified.

... FOR SHARES

... Subject to these regulations, a member may transfer all or any of his shares by ... in writing in a form prescribed for the purposes of section fifty-seven of the Act or in ... rm that the directors approve.

... An instrument of transfer referred to in sub-regulation(1) shall be executed by or on ... with the transferor and the transferee.

... The instrument of transfer shall be left for registration at the registered office of the ... company, together with such fee(if any) not exceeding two monetary units as the directors ... re, accompanied by the certificate of the shares to which it relates and such other information ... the directors properly require to show the right of the transferor to make the transfer, and ... upon the company shall, subject to the powers vested in the directors by these regulations, ... ter the transferee as a shareholder.

... The directors may decline to register a transfer of shares, not being fully paid shares, to a ... rson of whom they do not approve and may also decline to register any transfer of shares on ... ich the company has a lien.

... The directors may refuse to register any transfer that is not accompanied by the ... appropriate share certificate, unless the Company has not yet issued the share certificate or is ... bound to issue a renewal or copy of the share certificate.

... The registration of transfers may be suspended at such times and for such periods as the ... directors from time to time determine, provided that the periods do not exceed in the aggregate ... thirty days in any year.

## TRANSMISSION OF SHARES

In the case of the death of a member, the survivor where the deceased was a joint holder, or the legal personal representatives of the deceased where he was a sole holder, shall be the only person recognised by the Company as having any title to his interest in the shares, but this section does not release the estate of a deceased joint holder from any liability in respect of a share that had been jointly held by him with other persons.

(1) Subject to any written law relating to bankruptcy, a person becoming entitled to a share in consequence of the death or bankruptcy of a member may, upon such information being required as is properly required by the directors, elect either to be registered himself as holder of the share or to have some other person nominated by him registered as the transferee of the share.

If the person becoming entitled elects to be registered himself, he shall deliver or send to the Company a notice in writing signed by him stating that he so elects.

If he elects to have another person registered, he shall execute a transfer of the share to that other person.

All the limitations, restrictions and provisions of these regulations relating to the right to transfer and registration of the transfer of shares are applicable to any such notice or transfer as if the death or bankruptcy of the member had not occurred and the notice or transfer were a transfer signed by that member.

(1) Where the registered holder of a share dies or becomes bankrupt, his personal representatives or the trustee of his estate, as the case may be, shall be, upon the production of such information as is properly required by the directors, entitled to the same dividends and other advantages, and to the same rights(whether in relation to meetings of the company, or to voting or otherwise), as the registered holder would have been entitled to if he had not died or become bankrupt.

Where two or more persons are jointly entitled to any share in consequence of the death of the registered holder, they shall, for the purposes of these regulations, be deemed to be joint holders of the shares.

## CONVERSION OF SHARES INTO STOCK

The Company may, by resolution, convert all or any of its paid up shares into stock and reconvert any stock into paid up shares of any nominal value.

(1) Subject to sub-regulation(2), where shares have been converted into stock, the provision of these rules relating to the transfer of shares apply, so far as they are capable of application, to the transfer of the stock or of any part of the stock.

The directors may fix the minimum amount of stock transferable and restrict or forbid the transfer of fractions of that minimum, but the minimum shall not exceed the aggregate of the nominal values of the shares from which the stock arose.

(1) The holders of stock shall have, according to the amount of the stock held by them, the same rights, privileges and advantages as regards dividends, voting at meetings of the company and other matters as they would have if they held the shares from which the stock arose.

...vantage shall be conferred by any amount of stock that would not, if existing ...nd that privilege or advantage.

...ons of these regulations that are applicable to paid up shares shall apply to ...ns in those provisions to share and shareholder shall be read as including ...ny stockholder, respectively.

## CAPITAL

...ny may by resolution:-

...authorised share capital by the creation of new shares of such amount as is ...lution;

...and divide all or any of its authorised share capital into shares of larger ...ing shares;

...all or any of its shares into shares of smaller amount than is fixed by the ...e capital, but so that in the subdivision the proportion between the amount paid ...f any) unpaid on each such share of a smaller amount is the same as it was in ...are from which the share of a smaller amount is derived; and

...shares that, at the date of the passing of the resolution, have not been taken or ...ed by any person or have been forfeited, and reduce its authorised share capital ...the shares so cancelled.

...ject to any resolution to the contrary, all unissued shares shall, before issue, be ...ch persons as at the date of the offer are entitled to receive notices from the ...eneral meeting in proportion, as nearly as the circumstances allow, to the sum of ...um of the shares already held by them.

...offer shall be made by notice specifying the number of shares offered and delimiting ...which offer, if not accepted, will be deemed to be declined.

...er the expiration of that period or on being notified by the person to whom the offer is ...he declines to accept the shares offered, the directors may issue those shares in such ...s they think most beneficial to the Company.

...Where, by reason of the proportion that shares proposed to be issued bear to shares ...eady held, some of the first-mentioned shares cannot be offered in accordance with sub-...ction (1) the directors may issue the shares that cannot be so offered in such manner as ...y are most beneficial to the company.

...Subject to the Act, the Company may, by special resolution, reduce its share capital, any ...al redemption reserve fund or any share premium account.

## GENERAL MEETINGS

...(1) A director may, whenever he thinks fit, convene a general meeting.

...If no director is present within Zambia, any two members may convene a general meeting ...n the same manner, or as nearly as possible, as that in which such meetings may be convened ...y a director.

...(3)    A general meeting shall be held in Zambia unless all the members entitled to vote at that ...meeting agree in writing to a meeting at a place outside Zambia.

- 8 -

...tion of a general meeting shall specify the place, the day and the hour of meeting ...provided by sub-regulation (2), shall state the general nature of the business to be ...at meeting.

...is necessary for a notice of an annual general meeting to state that the business to ...at the meeting includes the declaring of a dividend, the consideration of annual ...the reports of the directors and auditors, the election of directors in the place of ...the appointment and fixing of the remuneration of the auditors.

## ...INGS AT GENERAL MEETINGS

...o business shall be transacted at any general meeting unless a quorum of members ...the time when the meeting proceeds to business.

...rpose of determining whether a quorum is present, a person attending as a proxy, or ...ing a body corporate or association that is a member, shall be deemed to be a ...

...quorum is not present within half an hour after the time appointed for the meeting:-

...re the meeting was convened upon the requisition of members-the meeting shall be ...

...ny other case:

...e meeting shall stand adjourned to such day, and at such time and place, as the ...etermine or, if no determination is made by the directors to the same day in the next ...same time and place; and ...a quorum is not present at the adjourned meeting within half an hour after the time ...for the meeting:

...he members shall constitute a quorum; or ...he meeting shall be dissolved, if two members are not present.

...the directors have elected one of their number as Chairman of their meeting he shall ...as Chairman at every general meeting.

...) Where a general meeting is held and:-

...a Chairman has not been elected as provided by sub-regulation(1): or ...the Chairman is not present within fifteen minutes after the time appointed for the holding ...the meeting or is unwilling to act:

...he members present shall elect one of their number to be Chairman of the meeting.

...(1) The Chairman may with the consent of any meeting at which a quorum is present: and ...all so directed by the meeting, adjourn the meeting from time to time and from place to place, ...but no business shall be transacted at any adjourned meeting other than the business left ...unfinished at the meeting from which the adjournment took place.

...(2) When a meeting is adjourned for thirty days or more, notice of the adjourned meeting shall be ...given as in the case of an original meeting.

- 9 -

...provided by subregulation (2), it shall not be necessary to give any notice of an ...the business to be transacted at an adjourned meeting.

...any general meeting a resolution put to the vote of the meeting shall be decided on ...unless a poll is(before or on the declaration of the result of the show of hands)

...Chairman;

...three members present in person or by proxy;
...member or members present in person or by proxy and representing not less than ...total voting rights of all the members having the right to vote at the meeting; or
...member or members holding shares in the Company conferring a right to vote at the ...shares on which an aggregate sum has been paid up equal to not less than one-...sum paid up on all the shares conferring that right.

...for a poll may be withdrawn.

...a poll is duly demanded, it shall be taken in such manner and (subject to sub-...either at once or after an interval or adjournment or otherwise as the Chairman ...result of the poll shall be the resolution of the meeting at which the poll was

...poll demanded on the election of a Chairman or on a question of adjournment shall ...with.

...case of an equality of votes, whether on a show of hands or on poll, the Chairman ...at which the show of hands takes place or at which the poll is demanded, in ...deliberative vote (if any), shall have a casting vote.

...Subject to any rights or restrictions for the time being attached to any class or classes ...meetings of members or classes of members:

...

...registered member or registered members of that class;
...person on whom the ownership of a share of such a registered member has evolved by ...of law;
...proxy or attorney of a person referred to in paragraph (i)or(ii),if the person is not present ...meeting; shall be entitled to vote.

...on a show of hands, each person present who is entitled to vote shall have one vote;and ...on a poll, every person present who is entitled to vote shall have votes in accordance with ...147 of the Act.

...In the case of joint holders, the vote of the senior who tenders a vote, whether in person ...by proxy or by attorney , shall be accepted to the exclusion of the votes of the other joint ...and, for this purpose, seniority shall be determined by the order in which names stand in ...register of members.

...If a member is of unsound mind or is a person whose person or estate is liable to be dealt ...in any way under the law relating to mental health, his committee or trustee or such other ...as properly has the management of his estate may exercise any rights of the member in ...to a general meeting as if the committee, trustee or other person were the member.

- 10 -

...mber shall not be entitled to vote at a general meeting unless all calls and other ...s payable by him in respect of shares in the Company have been paid.

...An objection may be raised to the qualification of a voter only at the meeting or ...meeting at which the vote objected to is given or tendered,

...n objection shall be referred to the Chairman of the meeting whose decision shall be

...ote not disallowed pursuant to such an objection shall be valid for all purposes.

...An instrument appointing a proxy shall be in writing under the hand of the appointer or ...y duly authorised in writing or, if the appointer is a body corporate, either under seal or ...hand of an Officer or attorney duly authorised.

...rument appointing a proxy may, specify the manner in which the proxy is to vote in ...particular resolution, and where an instrument of proxy so provides the proxy shall not ...t to vote in the resolution except as specified in the instrument.

...rument appointing a proxy shall be deemed to confer authority to demand or join in ...g a poll.

...y need not be member of the Company.

...strument appointing a proxy shall be in the following form or in as similar a form as the ...stances allow:-

...................................................................

(Name of Company)

.....................................................of...................................................................

...member/members of the above named company, hereby appoint

...................................................................................................................

.........................................................................................................or, in his

.........of...................................................................................as my/our

...y to vote for me/us on my/our behalf at the annual/extraordinary general meeting of the ...mpany to be held on the..................day of..........19.. and at any adjournment of that meeting:

...n favour of/against              resolution No

....................

...n favour of/against              resolution No

....................

...n favour of/against              resolution No

....................

Unless otherwise instructed, the proxy will vote as he thinks fit

Signed......................................

Date......................................

* Strike out whichever is not applicable.

- 11 -

...ment appointing a proxy shall not be treated as valid unless the instrument, and ...ney or other authority (if any) under which the instrument is signed or a notarially ...ed power or authority, is or are deposited, not less than forty-eight hours before ...ding the meeting or adjourned meeting at which the person named in the ...poses to vote, or, in the case of a poll, not less than twenty-four hours before the ...for holding the meeting or adjourned meeting at which the person named in the ...poses to vote, or, in the case of a poll, not less than twenty-four hours before the ...for the taking of the poll, at the registered office of the Company or at such other ...ch is specified for that purpose in the notice convening the meeting.

...given in accordance with the terms of an instrument of proxy or of a power of ...ey valid notwithstanding the previous death or unsoundness of mind of the principal, ...of the instrument (or of the authority under which the instrument was executed) or ...the transfer of the share in respect of which the instrument or power is given, ...in writing of the death, unsoundness of mind, revocation or transfer has been ...e company at the registered office before the commencement of the meeting or ...ing at which the instrument is used or the power is exercised.

...company may by ordinary resolution fix a share qualification for Directors, but unless ...qualification is so fixed, there shall be no share qualification.

...dition to the circumstances in which the office of a Director becomes vacant by virtue ...the office of a Director shall become vacant if the Director makes any arrangement or ...n with his creditors generally.
...sections (4), (5) and (6) of section 206 of the Act (rotation of directors) shall not apply to ...ny. At any time and from time to time the company may (without prejudice to the ...ove directors under subsection (10) of section 206 of the Act) by ordinary resolution ...r position a director (but so that the maximum number of directors is not exceeded).

...OWING POWERS

...Directors may exercise the powers of the Company to borrow money, to charge any ...ty or business of the company or all, or any of its uncalled capital and to issue debentures ...any other security for a debt, liability or obligation of the Company or of any other person.

...OCEEDINGS OF DIRECTORS

...he provisions of subsection (8) of section two hundred and eighteen of the Act (providing that ...tor who is materially interested in a contract or arrangement to be considered at a meeting ...the company or of the Directors should not be counted in the quorum or vote on the matter) ...y be suspended or relaxed, whether generally or in respect of a particular transaction, by a ...solution of the company.

... (1) A director may, if the other directors approve, appoint a person as an alternate director ...accordance with the Act.
... An alternate director shall be entitled to notice of meetings of the directors.
... An alternate director may, subject to the instrument of appointment, exercise any powers ...hat the appointer may exercise.

... At a meeting of Directors, the quorum shall be two, or such larger number as is ...etermined by resolution of the Company.

- 12 -

the event of a vacancy or vacancies in the office of a director or offices of directors, the directors may act but, if the number of remaining directors is not sufficient to constitute a meeting of directors, they may act only for the purpose of increasing the number of to a number sufficient to constitute such a quorum or of convening a general meeting of

The directors shall elect one of their number as Chairman of their meetings and may the period for which he shall hold office.

the meeting of directors is held and -
Chairman has not been elected as provided by sub-regulation

chairman is not present within ten minutes after the time appointed for the holding of or is unwilling to act; the directors present shall elect one of their number to be a of the meeting.

(1) The directors may delegate any of their powers to a committee or committees of such of their numbers as they think fit.

committee to which any powers have been so delegated shall exercise delegated in accordance with any directions of the Directors and a power so exercised deemed to have been exercised by the directors.
The members of such a committee may elect one of their number as of their meetings.
Where such a meeting is held and-

a Chairman has not been elected as provided by sub-regulation

the Chairman is not present within ten minutes after the time appointed for the holding of or is unwilling to act; the members present may elect one of their number to be of the meeting.

A committee may meet and adjourn as it thinks proper.
Questions arising at a meeting of a committee shall be determined by a majority of votes members present and voting.
In the case of an equality of votes, the Chairman, in addition to his deliberative vote (if has a casting vote.

## MANAGING DIRECTOR

(1) The directors may, upon such terms and conditions and with such restrictions as they think fit, appoint a managing director in accordance with the Act and confer upon him any of the powers exercisable by them.

Any powers so conferred may be concurrent with, or be to the exclusion of the powers of the directors.
The directors may at any time withdraw or vary any of the powers so conferred on a managing director.

## ASSOCIATE DIRECTORS

(1) The directors may from time to time appoint any person to be an Associate director and may from time to time terminate any such appointment.

- 13 -

...tors may from time to time determine the powers, duties and
...on of any person so appointed.
...person so appointed shall not be required to hold any shares to qualify him for
...but, except by the invitation and with the consent of the directors, shall not have any
...and or vote at any meeting of directors.

## ...TARY

...Secretary of the Company shall hold office on such terms and conditions, as to
...tion and otherwise, as the directors determine.

...) The Directors shall provide for the safe custody of the seal.

...al shall be used only by the authority of the directors, or of a committee of the directors
...d by the directors to authorise the use of the seal, and every document to which the seal
...shall be signed by a director and be counter signed by another director, a Secretary or
...person appointed by the directors to countersign that document or a class of documents
...that document is included.

## ...CTION OF RECORDS

...Subject to the Act, The Directors shall determine whether and to what extent, and at what
...d places and under what conditions, the accounting records and other documents of the
...y or any of them will be open to the inspection of members other than directors, and a
...other than a director shall not have the right to inspect any document or the company
...provided by law or authorised by the directors or by a resolution of the Company.

## ...DENDS AND RESERVES

...(1) The company by resolution may declare a dividend if, and only if, the directors have
...mended a dividend.
...dividend shall not exceed the amount recommended by the Directors.

...The directors may authorise the payment by the company to the members of such interim
...ends as appear to the directors to be justified by the profits of the Company.

...Interests shall not be payable by the company in respect of any dividend.

...A dividend shall not be paid except out of profits of the company.

...(1) The directors may, before recommending any dividend, set aside out of the profits of
...company such sums as they think proper as reserves, to be applied at the discretion of the
...rectors, for any purpose for which the profits of the company may be properly applied.

...Pending any such application, the reserves may, at the discretion of the Directors, be used in
...business of the company or be invested in such investments as the directors think fit.
...)     The directors may carry forward so much of the profits remaining as they consider ought
...t to be distributed as dividends without transferring those profits to a reserve.

...     (1) Subject to the rights of the persons (if any) entitled to shares with special rights as to
...dend, all dividends shall be declared and paid according to the amounts paid or credited as
...aid on the shares in respect of which the dividend is paid.

- 14 -

...dends shall be apportioned and paid proportionately to the amounts paid or credited as ...shares during any portion or portions of the period in respect of which the dividend is ...any share is issued on terms providing that it will rank for dividend as from a particular ...share shall rank for dividend accordingly.

...amount paid or credited as paid on a share in advance of a call shall not be taken for ...of this regulation to be paid or credited as paid on the share.

...he directors may deduct from any dividend payable to a member all sums of money (if ...ntly payable by him to the company on account of calls otherwise in relation to shares ...pany.

...If the Company declares a dividend it may by resolution direct the directors to pay the ...wholly or partly by the distribution of specific assets, including paid up shares in, or ...in of, any other corporation.

...(2) Where a difficulty arises in regard to such a distribution, the directors may settle the ...they consider expedient and in particular may issue fractional certificates and fix the ...distribution of the specific assets or any part of those assets, and may determine that ...ment will be made to any member on the basis of the value so fixed in order to adjust the ...all parties, and may vest any such specific assets in trustees as the directors' consider ...

...(1) Any dividend interest or other money payable in cash in respect of shares may be ...cheque sent through the post directed to-
...the registered address of the holder or, in the case of joint holders to the registered ...of the joint holder named first in the register of members; or
...such other address as the holder or joint holders in writing directs or direct.

...one of two or more joint holders may give effectual receipts for ...dends, interests or other money payable in respect of the shares held by them as joint

## ...PITALISATION OF PROFITS

...(1) Subject to sub-regulation (2) the company may resolve-

...to capitalise any sum, being the whole or a part of the amount for the time being standing ...credit of any reserve account or the profit and loss account or otherwise available for ...bution to members; and

...to apply the sum, in any of the ways mentioned in sub-regulation (3), for the benefit of ...bers in the proportions to which those members would have been entitled in a distribution of ...sum by way of dividend.

...The company shall not pass a resolution under sub-regulation (1) unless it has been ...ommended by the directors.
...The ways in which a sum, may be applied for the benefit of members under sub-...gulation (1) shall be:

(a)    in paying up any amount unpaid on shares held by members;
(b)    in paying up in full unissued shares or debentures to be issued to members as fully paid; or
(c)    partly under paragraph (a) and partly under paragraph (b).

- 15 -

The directors shall do all things necessary to give effect to the resolution and in particular, to the extent necessary to adjust the rights of the members among themselves, may:-

issue fractional certificates or make cash payments in cases where shares or debentures become issuable in fractions; and

authorise any person to make, on behalf of all the members entitled to any further shares or debentures upon the capitalisation, an agreement with the company providing for the issue to them credited as fully paid up of any such further shares or debentures or for the paying up by the company on their behalf of the amounts or any part of the amounts remaining unpaid on their existing shares by the application of their respective proportions of the sum resolved to be capitalised;

and any agreements made under an authority referred to in paragraph (b) shall be effective and binding on all the members concerned.

## WINDING UP

(1) If the Company is wound up, the liquidator may, with the sanction of a special resolution, divide among the members in kind the whole or any part of the property of the Company and may for that purpose set such value as he considers fair upon any property to be so divided and may determine how the division is to be carried out as between the members or different classes of members.

The liquidator may, with the sanction of a special resolution, vest the whole or any part of any such property in trustees upon such trust for the benefit of the contributories, as the liquidator thinks fit, but so that no member is compelled to accept any shares or other securities in respect of which there is any liability.

## INDEMNITY

Every officer, auditor or agent of the company shall be indemnified out of the property of the Company against any liability incurred by him in his capacity as officer, auditor or agent in defending any proceedings, whether civil or criminal, in which judgement is given in his favour or in which he is acquitted or in connection with any application in relation to any such proceedings in which relief is under the Act granted to him by the Court.

## ARBITRATION

Whenever any differences shall arise between the Company and the Directors on the one hand, and any of the members or representatives on the other hand, or between any members or classes of members, or between the Directors with regard to anything done, executed, omitted or suffered in pursuance of these presents or the Act, or with regard to any breach or alleged breach relating to the premises, or to any of the affair of the Company then such difference shall be referred to the decision of an arbitrator or to the decision of two arbitrators of whom one shall be appointed by each of the parties in difference, and any such reference shall be subject to all the provisions of the Arbitration Act and any statutory modification thereof for the time being in force.

- 16 -

## AMENDMENT OF THE ARTICLES

The company shall have the power to amend, alter, change or modify any provisions of these articles and to do all such other things or take any necessary steps as may be considered to be incidental to the furtherance of these articles or in compliance with the provisions of the Act.

## CAPACITY AND POWERS

The company shall have the capacity, rights, privileges and powers as laid down in Section 22 of the Act and shall have the powers to carry on and to engage in any business activity without any restrictions whatsoever in Zambia and elsewhere.

## CAPITAL

The Capital of the Company is K1,000,000,000 divided into 1,000,000,000 shares of K1.00 each with power to divide or subdivide the shares in the capital, whether original or increased, into several classes and to attach thereto respectively any preferential, deferred, qualified or special rights, privileges or conditions as regards dividends, capital, voting or otherwise.

Company Registration No.........11032...............



REPUBLIC ⚜ OF ZAMBIA

# REPLACEMENT CERTIFICATE OF INCORPORATION
# OF A PRIVATE COMPANY LIMITED BY SHARES
### *(Section 391)*

## *This is to certify that*

.......FINSBURY INVESTMENTS......................limited (company name)

on and from the.........2nd...........day of.......July.............19.81..................

incorporated as a private company limited by shares.

given under my hand and seal in Lusaka, Zambia, this ...................................

..............10th...................day of ........February............19.98................

B.A. Katebe

Acting Assistant   *Registrar of Companies*

Certificate No. _____ 11032

**REPUBLIC** OF ZAMBIA

# Certificate of Incorporation

This is to certify that _____ FIRSBURY INVESTMENTS LIMITED _____

_____

_____

has this day been incorporated under the Republic of Zambia Companies Act, with limited liability and with a Nominal Capital of K 50,000 (FIFTY THOUSAND KWACHA)

Office of the Registrar of Companies

Lusaka, this ____ 2nd ____ day of ____ July ____ 19 81

S.S. Zikonda,

_Registrar of Companies_

CERTIFIED AS A TRUE COPY OF THE
ORIGINAL DOCUMENT SHOWN TO ME
ALFRED ROBERTS
LL.B, LL.M, FCCS.
COMMISSIONER FOR OATHS
ADVOCATE/ SOLICITOR

P42

## FINANCE BANK
*(Registered Commercial Bank)*

Account Number: `8 4 2 6 4 5 - 0 1 8`

Name of Account...... FINSBURY INVESTMENTS LTD

Specimen Signatures — CLIENTS ACCOUNT.

Name...... JOAN CRAVEN
**(BLOCK CAPITALS)**
will sign

Name...... DR R L MAHTANI
**(BLOCK CAPITALS)**
will sign

Name......
**(BLOCK CAPITALS)**
will sign   *VOID*

Name......
**(BLOCK CAPITALS)**
will sign   *VOID*

---

## FINANCE BANK
*(Registered Commercial Bank)*

Account Number: `8 4 2 6 4 5 - 0 2 6`

Name of Account...... FINSBURY INVESTMENTS LTD

Specimen Signatures

Name...... JOAN CRAVEN
**(BLOCK CAPITALS)**
will sign

Name...... DR R L. MAHTANI
**(BLOCK CAPITALS)**
will sign

Name......
**(BLOCK CAPITALS)**
will sign   *VOID*

Name......
**(BLOCK CAPITALS)**
will sign   *VOID*



**FINANCE BANK**
*(Registered Commercial Bank)*

Account Number: 8 4 2 6 4 5 0 8

Name of Account... FINSBURY INVESTMENTS LIMITED

Specimen Signatures

Name... MRS JOAN CRAVEN
(BLOCK CAPITALS)
will sign

Name... MRS JOAN CRAVEN
(BLOCK CAPITALS)
will sign

Name...................
(BLOCK CAPITALS)
will sign

Name...................
(BLOCK CAPITALS)
will sign

---

Account Number: A D A 4 2 6 4 5 7 0 0 0

Name of Account... FINSBURY INVESTMENTS LTD – CLIENT S ACCOUNT

Specimen Signatures

Name   DR R L MAHTANI
(BLOCK CAPITALS)
will sign

Name...................
(BLOCK CAPITALS)
will sign

Name...................
(BLOCK CAPITALS)
will sign

Name...................
(BLOCK CAPITALS)
will sign



Account Number

0 0 1 4 2 5 5 2 0 0

FINSBURY INVESTMENTS LIMITED - CLIENTS ACCOUNT

Name of Account

Specimen Signatures

Name .......... DR R L MAHTANI
(BLOCK CAPITALS)
will sign

Name ..........
(BLOCK CAPITALS)
will sign

Name
(BLOCK CAPITALS)
will sign

Name
(BLOCK CAPITALS)
will sign

P45

# FINANCE BANK
*(Registered Commercial Bank)*

Account Number  `8 4 2 6 4 5 - 0 1 8`

Name of Account  FINSBURY INVESTMENTS LTD

— CLIENTS ACCOUNT

Specimen Signatures

Name  JOAN CRAVEN
**(BLOCK CAPITALS)**
will sign

Name  DR R L MAHTANI
**(BLOCK CAPITALS)**
will sign

Name
**(BLOCK CAPITALS)**
will sign  — VOID —

Name
**(BLOCK CAPITALS)**
will sign  VOID

---

# FINANCE BANK
*(Registered Commercial Bank)*

Account Number  `8 4 2 6 4 5 - 0 2 6`

Name of Account  FINSBURY INVESTMENTS LTD

Specimen Signatures

Name  JOAN CRAVEN
**(BLOCK CAPITALS)**
will sign

Name  DR R L MAHTANI
**(BLOCK CAPITALS)**
will sign

Name
**(BLOCK CAPITALS)**
will sign  VOID

Name
**(BLOCK CAPITALS)**
will sign  VOID

# FINANCE  BANK

*(Registered Commercial Bank)*

**ACCOUNT OPENING FORM**

BRANCH _____ CHANIK HOUSE _____

Please complete this form in CAPITAL letters

If you already have an Account with this Bank, please quote the Account Number:

**Indicate type of Account required**
- ☐ **Current Account** - Complete Part A
- ☐ **Savings Account** - Complete Part A

**Indicate form of ownership**
- ☐ **Individual**
- ☐ **Joint** – In addition complete Part E
- ☐ **Proprietorship**
- ☐ **Partnership** – In addition complete Part C
- ☐ **Limited Company** – In addition complete Part B
- ☐ **Club, Society or Association** – In addition complete Part D

*five - 02*
*IF*

## PART A

**Account Number** | 0001 426457000 |

Title of Account
Mr./Mrs./Miss./Ms. | 2 |     FINSBURY INVESTMENTS LIMITED – CLIENTS ACCOUNT

*842645 018*

*(Underline Surname)*

Permanent Address                                 Alternative Correspondence Address (If Required)

| 3 | | P O BOX 70238 NDOLA | | 2 | 3 | | |
| 4 | | | | 2 | 4 | | |
| 5 | | | | 2 | 5 | | |

Date | | | | 2 | 6 | | |

Telephone | 1 | 2 | Office   610273 - 6        Residence _____ | 1 | 3 | Telex   34180 PSL ZA

Nationality _____                              Nationality _____

Residential Status _____                       Residential Status _____

National Registration Card No. ___N/A___         National Registration Card No. ___N/A___

Place of Issue _____                           Place of Issue _____

Date of Issue _____                            Date of Issue _____

Date of Birth _____                            Date of Birth _____

*IF JOINT ACCOUNT*

Nature of Business/Profession ___ACCOUNTANTS___

Currency of Account ___MONTHLY___   How Often is a Statement of Account Required? ___MONTHLY___

Bank References:   Name and Address of Present Bankers          Name and Address of Present Bankers

_____ FINANCE BANK ZAMBIA LIMITED _____

*IF JOINT ACCOUNT*

Account Number _____                           Account Number _____

Special Instructions for Operation of the Account (eg. Jointly, Either or Survivor etc.) ___
THE EXECUTIVE CHAIRMAN AS A SOLE SIGNATORY

Initial Deposit ___K 200,000=___       ☐ Cash      ☒ Cheque

I/We request you to open an Account as specified above. I/We agree to provide any documents required by you according to the type of Account requested. I/We agree to inform you of any changes in the information provided in this form or in related documents and to abide by the current rules for the conduct of such accounts.

*Signature(s)*

X _____ DR R L MAHTANI                          X _____

X _____ MISS J NJOVU                            X _____ MS M CHISHA _____

Witnessed by: _____                            Introduced by: _____

Account No. and Branch _____                    Date: ___01.02.94.___

# PART B

To be completed if applying for a

**LIMITED COMPANY ACCOUNT**

RESOLUTION OF BOARD OF DIRECTORS

We hereby certify that the following Resolution of the Board of Directors of

_FINSBURY INVESTMENTS LTD- CLIENTS ACCOUNT_ Limited

was passed at a meeting of the Board held on the _____ 1ST _____ day of _____ FEBRUARY _____ 19 94
and has been duly recorded in the minute book of the said company, and that neither the said resolution nor any action taken or to be taken
pursuant thereto are or will be in contravention of any provision of the Company's Memorandum and Articles of Association.

RESOLVED

That an account for

FINSBURY INVESTMENTS LIMITED – CLIENTS ACCOUNT

_____ Limited

*(Insert full name of company)*

be opened with the Finance Bank Zambia Limited (FB) at their

LUSAKA CHANIK HOUSE

and that FB be and is hereby empowered to honour cheques, bills of exhange, and promissory notes, drawn, signed, accepted ____ Branch
made on behalf of the company by

THE EXECUTIVE CHAIRMAN AS A SOLE SIGNATORY

*(Insert 'any two of the Directors and countersigned by the Secretary for the time being' or otherwise as required)*

and to act on any instructions given by the persons so authorised with regard to any accounts whether in credit or overdrawn or any
transactions of the company.

The LFB be furnished with:

(a)    An up-to-date copy of the Company's Memorandum and Articles of Association

(b)    The Company's Certificate of Incorporation

(c)    The Company's Certificate to Commence Business (Public company only)

That the Company give FB a list of the names of the Directors, Secretary and other officers of the Company and advise FB in writing of
any changes that may take place and FB shall be entitled to act upon the information so given.

That these resolutions be communicated to FB and shall constitute the Company's Mandate to FB to remain in force until revoked by
notice in writing to FB signed by the Chairman or any Director or the Secretary acting or purporting to act on behalf of the Company and
for this purpose any instruction varying or purporting to vary the Mandate contained in these Resolutions shall be deemed a revocation.

| Directors and persons authorised to sign Name in full (in BLOCK CAPITALS) | Official position | Specimen signature |
|---|---|---|
| DR R L MAHTANI | EXECUTIVE CHAIRMAN | |
| | | |
| | | |
| | | |
| | | |
| | | |

Signatures:-

Name   DR R L MAHTANI _____ Chairman       Name   PROFESSIONAL SERVICES LIMITED _____ Secretary
*(In Capital Letters)*                                          *(In Capital Letters)*

Date   01 FEBRUARY 1994 _____                 Date   01 FEBRUARY 1994 _____

PROFESSIONAL SERVICES LIMITED
P.O. Box 70238, NDOLA — Zambia
COMPANY SECRETARIES

# PART E

P48

**JOINT MANDATE**

In connection with this account we request you to honour cheques or orders (including cheques or orders in favour of any or either of us) thereon signed as per the instructions in Part A; and in consideration of any overdraft or debt due to you which you may permit on this account or on any other account in our names, we agree to be jointly and severally liable. On the death of any one of us the signature of the survivor or survivors may be accepted as a sufficient discharge for any credit balance on this account or any part of such balance.

Signatures _____

Date _____

## FOR BANK USE ONLY:

| | | | | |
|---|---|---|---|---|
| Cheque Book: | Ordered By _THE CHAIRMAN_ | | Date | 4.2.94 |
| | Received By _____ | | Date | 4.2.94 |
| | Issued By _____ | | Date | 4/2/94 |

| | | | | | |
|---|---|---|---|---|---|
| Documentation: | **PARTNERSHIP** | – Registration of Business Names Certificate | *Not Required Requested _____ | Seen _____ | |
| | | | | (Enter Cert. No.) | |
| | | – Partnership Mandate | | Received _____ | |
| | **LIMITED COMPANY** | – Certificate of Incorporation | Requested _____ | Seen _____ | |
| | | | | (Enter Cert. No.) | |
| | | -- Memorandum & Articles of Association | Requested _____ | Received _____ | |
| | | – List of Directors | Requested _____ | Received _____ | |
| | (If Public) | – Certificate to Commence Business | *Not Required Requested _____ | Seen _____ | |
| | | – Resolution of Board of Directors | | Received _____ | |

| | | | |
|---|---|---|---|
| References: | Obtained By _____ | Date | _____ |
| | Comment _____ | | |

Account Opened By _____   Date _____

Approved By _____   Date 4.2.94

*Delete as appropriate

FINSBURY INVESTMENTS LIMITED
P O BOX 70238
NDOLA

DIRECTORS' RESOLUTION IN WRITING DATED FEBRUARY 1 1994

--------------------------------------------------------------------

At the Board of Directors' meeting of the above mentioned firm held at the
registered office, IT WAS RESOLVED that A CLIENTS' CURRENT ACCOUNT be
established at FINANCE BANK ZAMBIA LIMITED, CHANIK HOUSE LUSAKA BRANCH and
IT WAS AUTHORISED that DR R L MAHTANI would sign as A SOLE SIGNATORY on the
account.  His signature will appear as thus:-

DR R L MAHTANI        EXECUTIVE CHAIRMAN

............................
EXECUTIVE CHAIRMAN

PROFESSIONAL SERVICES LIMITED
P.O. Box 70238, NDOLA — Zambia
COMPANY SECRETARIES

............................
PROFESSIONAL SERVICES LIMITED
COMPANY SECRETARIES TO FINSBURY
INVESTMENTS LIMITED

CERTIFIED TRUE EXTRACT

30

NAMES, ADDRESSES AND DESCRIPTIONS OF SUBSCRIBERS

1.   (Name)          . DALMAR LIMITED . . . . . . . . . . . . .

     (Signed)        . . . . . . . . . . . . . . . . . . . . . .

     (Address)       . P.O. BOX 70238, NDOLA . . . .

     (Description)   . . . LIMITED COMPANY . . . . . . . . .

Witness:

     (Name)          . MISS HEENA B. DESAI . . .

     (Address)       . . . . P.O. BOX 70238, NDOLA . . .

     (Description)   . . . . . SECRETARY . . . . . . . .

2.   (Name)          . . MR. R. L. MAHTANI . . . . . . . . . .

     (Signed)        . . . . . . . . . . . . . . . . . . . . .

     (Address)       . . . . P.O. BOX 70238, NDOLA . . .

     (Description)   . . . . . DIRECTOR . . . . . . . . . . . .

Witness:

     (Name)          . . . . MRS. PAMELA NGOMA . . . . . . .

     (Address)       . . . . P.O. BOX 70238, NDOLA . . .

     (Description)   . . . . . . . SECRETARY . . . . . . . .

*FORM MB02*



# FINANCE BANK ZAMBIA LIMITED

## CUSTOMER ACCOUNT OPENING FORM (FILE 02)

**ACCOUNT NUMBER**

| | 8 | 4 | 2 | 6 | 4 | 5 | | 0 | 2 | 6 |

**CURRENCY**

| 0 | 0 | 1 |

**ACCOUNT DESCRIPTION**

| I | M | P | E | R | S | O | N | A | L | | U | S | A | | A | C | C | O | U | N | T |

**DATE OPENED**

| 2 | 8 | 0 | 7 | 9 | 9 |

**CYCLE**
| 7 |

**DAY**
| 3 | 7 |

**TYPE**
| 1 |

**GL/SL CATEGORY NUMBER**

| 2 | 3 | 0 | 0 | 4 |

**CREDIT LINE NO.**

| | | | |

**ACCOUNT SUBLIMIT**

| |

_____
**Prepared by**

_____
**Checked by**

_____
**Input by**

_____
**Authorized by**





*Mrs M*
*...*
*2517*

# INTERNATIONAL BANKING DEPARTMENT
## INTERNAL MEMORANDUM

TO          :          THE DIRECTOR - CREDIT & INTERNATIONAL BANKING

FROM      :          MANAGER - FOREIGN DEPARTMENT

DATE       :          28TH JULY 1999

SUBJECT  :          PURCHASE OF USD 299,980.00 - FINSBURY
                          INVESTMENTS LTD - A/C 842645018

*10 A 13*

---

As per your telephone instruction to ourselves of 22nd July, 1999, we advise that
we have credited the account of Finsbury Investments Limited - 842645 - 018 with
K749,950,000.00 being cover for USD 299,980.00 at 2500 for value date 23.07.99.          *2004*
*we have also blocked the amount -.*
Be guided accordingly.

*842645 026.*
*23004*

Regards.

*[signature]*

**MANAGER - FOREIGN**

cc      Manager - Advances

*Mr. Khan*
*Kindly reverse*
*the above entry*
*and hold funds in*
*US dollars on*
*account of Finsbury*
*Investments Ltd*
*You may open a new*
*US $ account on a*
*temporary basis.*
*[signature]*
*28/7/99*

*Blocked on*
*5/8/99*
*[signature]*

30/01/06

# FINANCE BANK ZAMBIA LIMITED

11-00-01

(Registered Commercial Bank)

LUSAKA CORPORATE

Please supply _____ book(s) containing _____ 50 leaves.

_____ with counterfoil.

I wish to* collect my book(s) from the above Branch / ~~have my book(s) sent to the address below~~

000201

Address _____ FINSBURY INVESTMENTS LTD - CLIENTS _____

_____

_____

| For Bank Use Only |
|---|
| No. |

A(  )unt No. _____ Signature _____

*Delete as required

⑈⑈0000⑈⑈:00⑈084 264 50⑈8⑈'⑈⑈

# FINANCE BANK ZAMBIA LIMITED

### CUSTOMER ACCOUNT OPENING FORM (02)
**CURRENCY**

**ACCOUNT NUMBER**

| 3 | | 8 | 4 | 2 | 6 | 4 | 5 | | 0 | 3 | 3 | | | O | O | O |

**ACCOUNT DESCRIPTION**

| 30 DAYS Term Depsit | |

**DATE OPENED**

| 3 | 4 | 06 |

**CYCLE**

| 7 | 1 |

**DAY**

| 3 | 1 |

**TYPE**

| — |

**GL/SL CATEGORY NUMBER**

23034

**CREDIT LINE NO.**

**ACCOUNT SUB-LIMIT**

.................................        .................................        .................................
PREPARED BY                CHECKED BY              INPUT BY

.................................AUTHORISED

02/11 2008 11:13   TEL +                    #0000000000000                    ☑01

*(handwritten) Credited to 204808 — As discussed please give to Timothy.*

# FINSBURY INVESTMENTS LIMITED

P O Box 70288
Tel: 510273/4/5/6
Fax: 618246
Ndola, Zambia

*(handwritten) ZAVARE*

*(handwritten) Open Account p/se*

2nd November 2006

The Manager
Finance Bank Zambia Limited
Lusaka Corporate Branch
P O Box 37102
**LUSAKA**

FINSBURY INVESTMENTS LIMITED – CLIENT ACCOUNT
ACCOUNT NO. D010842645 – 018

Please take this letter as our firm instruction to transfer the sum of K2 billion (Two billion kwacha) to a thirty day fixed deposit account at your best rate of interest.

Kindly send the relevant documentation for the writers attention.

Yours faithfully
FINSBURY INVESTMENTS LIMITED

*(signature)*

J Craven (Mrs)
**GROUP EXECUTIVE DIRECTOR**



FINANCE BANK ZAMBIA LTD
SIGNATURE
VERIFIED
LUSAKA CORPORATE

# FINANCE BANK ZAMBIA LIMITED

## CUSTOMER ACCOUNT OPENING FORM (02)

**ACCOUNT NUMBER**

| 3 | | 8 | 4 | 2 | 6 | 4 | 5 |

**CURRENCY**

| 0 | 0 | 9 |

| 0 | 0 | 0 |

FINSBURY  INVESTMENT – Chients

**ACCOUNT DESCRIPTION**

| 00 | DAYS | FIXED | DEPOSIT | A/C |

**DATE OPENED**

| 30 | 4 | 05 |

**CYCLE**

| 0 | 1 |

**DAY**

**TYPE**

**GL/SL CATEGORY NUMBER**

| 2 | 3 | 0 | 4 | 2 |

**CREDIT LINE NO.**

**ACCOUNT SUB-LIMIT**

..........................
**PREPARED BY**

..........................
**CHECKED BY**

..........................
**INPUT BY**

..........................
**AUTHORISED BY**

# FINANCE BANK ZAMBIA LIMITED

## CUSTOMER ACCOUNT OPENING FORM (02)

**ACCOUNT NUMBER**

**CURRENCY**

| 3 | | 8 | 4 | 2 | 6 | 4 | 5 | | 0 | 0 | 9 | | | 0 | 0 | 9 |

FINSBURY   INVESTMENT - CLIENTS

**ACCOUNT DESCRIPTION**                **DATE OPENED**

| 60 DAYS FIXED DEPOSIT A/C | | 30 / 4 / 03 |

**CYCLE**          **DAY**          **TYPE**

| 0 | 1 |     | | |     | |

**GL/SL CATEGORY NUMBER**

| 2 | 3 | 0 | 4 | 2 |

**CREDIT LINE NO.**          **ACCOUNT SUB-LIMIT**

...........................          ...........................
**PREPARED BY**          **CHECKED BY**          **INPUT BY**

...........................
**AUTHORISED BY**

# FINANCE BANK ZAMBIA LIMITED

## CUSTOMER ACCOUNT OPENING FORM (02)

**ACCOUNT NUMBER**

| 3 | | 8 | 4 | 2 | 6 | 4 | 5 |

**CURRENCY**

| 0 | 2 | 5 |

| 0 | 0 | 0 |

FINSBURY   INVESTMENT – CLIENTS

**ACCOUNT DESCRIPTION**

60 DAYS FIXED DEPOSIT A/C

**DATE OPENED**

30 / 11 / 05

**CYCLE**

| 6 | 1 |

**DAY**

**TYPE**

**GL/SL CATEGORY NUMBER**

| 2 | 3 | 0 | 4 | 7 |

**CREDIT LINE NO.**

**ACCOUNT SUB-LIMIT**

....................        ....................        ....................
**PREPARED BY**          **CHECKED BY**           **INPUT BY**

....................
**AUTHORISED BY**



REPUBLIC OF ZAMBIA

NATIONAL
REGISTRATION
CARD

*Signature*

CERTIFIED AS A TRUE COPY OF THE
ORIGINAL DOCUMENT SHOWN TO ME
ALFRED ROBERT
LLB, LLM, FCCS,
COMMISSIONER FOR OATHS
ADVOCATE/ SOLICITOR



№ 174458  /11/1

Name... SCHULTZ

GABRIEL

Sex... M...  Date of Birth... 29.3.44

Place of Birth... T.KITWE

D.KITWE ZAMBIA

7.8.65.

Date of Registration...





**NATIONAL REGISTRATION CARD**

Signature

N.C.  181905/61/1

Name... SCHULTZ

MADHURI     LEKERAJ

Sex. F.     Date of Birth  30. 7. 45

Place of Birth  T. NDOLA

D. NDOLA

Date of Registration  12. 11. 70.



REPUBLIC OF ZAMBIA

**NATIONAL
REGISTRATION
CARD**

T. NDOLA

D. NDOLA

16. 12. 65.

Signature

Certified True Copy of the Original

FINANCE BANK ZAMBIA LIMITED



REGISTRATION NUMBER

BO. 917989/61/2

REPUBLIC OF ZAMBIA

REPUBLIC OF ZAMBIA

CARD No.   C  048659   SEX  FEMALE

COMMONWEALTH
REGISTRATION CARD

FULL NAME
JOAN CRAVEN

DATE OF BIRTH  11.11.36   PLACE OF BIRTH  T. BRADFORD   DISTRICT  ENGLAND

VILLAGE   REGISTRATION DATE  13.11.69

CHIEF  T. BRADFORD

SPECIAL MARKS  NIL

IF THIS CARD IS FOUND, PLEASE RETURN TO NEAREST REGISTRATION OFFICE
OR POLICE STATION.

MICHAEL MUSONDA MUND.
LLB (ZAMBIA)
ADVOCATE
C.    ONER FOR OATHS
P.O. B    .LUSAKA, ZAMBIA

CERTIFIED AS TRUE COP
OF THE ORIGINAL

ANNEXURE 'D'

P63

# FINSBURY INVESTMENTS LIMITED

P O Box 70238,
Ndola, Zambia
Tel:610273/4/5
Fax: 615245

18th June, 2007

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
**LUSAKA**

Dear Sir,

**RE: DOLLAR ACCOUNT NO. 842645-026**

Please accept this letter as our firm instructions to effect the following telegraphic transfer in respect of a dividend payment:-

| | | |
|---|---|---|
| BANK NAME | : | BARCLAYS BANK PLC |
| | | 75 WALL STREET |
| | | NEW YORK – FW 0260 02574 |
| SWIFT CODE | : | BARCUS33 |
| FOR ACCOUNT OF | : | BARCLAYS BANK (SUISSE) SA |
| | | A/C No. 50031481 |
| FOR FURTHER | | |
| CREDIT TO | : | BENCHMARK SECURITIES LIMITED |
| | | A/C 63190600 |
| AMOUNT | : | US$ 1,300,000.00 (U.S. DOLLARS |
| | | ONE MILLION THREE HUNDRED |
| | | THOUSAND) |

Please debit our above-named account with your respective charges and provide us with a copy of your transmission upon compliance.

Yours truly,
For **FINSBURY INVESTMENTS LIMITED,**

Dr. R.L. Mahtani
**AUTHORISED SIGNATORY**

# FINSBURY INVESTMENTS LIMITED

23rd December, 2005

P O Box 70238,
Tel:610273/4/5
Fax: 615245
Ndola, Zambia

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
**LUSAKA**

Dear Sir,

**FINSBURY INVESTMENTS LIMITED – US$ ACCOUNT NO: 842645-026**

Please accept this letter as our firm instruction to make the following transfers against dividend payments, and debit our above Account with your costs:-

1. BANK NAME     :   HONG KONG AND SHANGHAI
BANKING CORPORATION
   BRANCH       :   MERKEZ KURUMSAL, TURKEY
   SWIFT CODE   :   HSBC TRIX 956
   BENEFICIARY  :   TEKFEN INSAAT VE TESISAT A.S
   ACCOUNT NO.  :   888 – 1000058 – 773 – 01
   AMOUNT      :   US $ 244,500.00 (UNITED STATES
   DOLLARS TWO HUNDRED FORTY-
   FOUR THOUSAND FIVE HUNDRED)

2. BANK NAME     :   KOC BANK
   BRANCH       :   NISANTASI – TURKEY
   SWIFT CODE   :   KABATRIS
   BENEFICIARY  :   MELIKE BATTAL
   ACCOUNT NO.  :   29741378
   AMOUNT      :   US$ 90,000.00 (UNITED STATES
   DOLLARS NINETY THOUSAND)

3. BANK NAME     :   JP MORGAN CHASE BANK NEW YORK
   SWIFT CODE   :   CHASU33
   ABA -         :   021 000 021
   ACCOUNT     :   COUTTS BANK SWITZERLAND
   FOR FURTHER CREDIT TO – ACCOUNT Z014063 "CHRISTIAN"
   AMOUNT      :   US$ 1,750,000.00 (UNITED STATES
   DOLLARS ONE MILLION SEVEN
   HUNDRED AND FIFTY THOUSAND)

....2



FINANCE BANK ZAMBIA LIMITED
**RECEIVED**
2 3 DEC 2005
FOREIGN DEPARTMENT
LUSAKA CORPORATE BRANCH

-2-

| 4. | BANK NAME | : | SOCIETE GENERALE NEW YORK |
|---|---|---|---|
| | BENEFICIARY | : | INTERAFRICA GRAINS LIMITED |
| | ACCOUNT NO. | : | 189286 |
| | AMOUNT | : | US$ 200,000.00 (UNITED STATES DOLLARS TWO HUNDRED THOUSAND) |

Yours truly,

Dr. R.L. Mahtani
**AUTHORISED SIGNATORY**

# FINSBURY INVESTMENTS LIMITED

P O Box 70238,
Tel:610273/4/5
Fax: 615245
Ndola, Zambia

25th July, 2006

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
**LUSAKA**

Dear Sir,

## RE: DOLLAR ACCOUNT NO. 842645-026

Please accept this letter as our firm instructions to effect the following telegraphic transfers:

1.  BANK NAME              :   BARCLAYS BANK PLC
                                75 WALL STREET
                                NEW YORK – FW 0260 02574
    SWIFT CODE             :   BARCUS33
    FOR ACCOUNT OF   :   BARCLAYS BANK (SUISSE) SA
                                A/C No. 50031481

    FOR FURTHER
    CREDIT TO             :   BENCHMARK SECURITIES LIMITED
                                A/C 63190600
    AMOUNT                :   US$ 1,000,000.00 (U.S. DOLLARS
                                ONE MILLION)

2.  BANK NAME              :   JP MORGAN CHASE BANK NEW YORK
    SWIFT CODE             :   CHASU33
    ABA -                     :   021 000 021
    ACCOUNT               :   COUTTS BANK SWITZERLAND
    FOR FURTHER CREDIT TO – ACCOUNT Z014063 "CHRISTIAN"
    AMOUNT                :   US$ 600,000.00 (U.S. DOLLARS SIX
                                HUNDRED THOUSAND)

.....2

-2-

The nature of these payments covers dividends.  You are authorized to debit our above
account with your respective charges.

Yours truly,

Dr. R.L. Mahtani
**AUTHORISED SIGNATORY**

# *Finsbury Investments Limited*

5th Floor Finance House
Horeco Place, Cairo Road
P O Box 34376
Lusaka
Tel nos: +260 211 238111
Fax no: +260 211 224256
Email: dr_mahtani@hotmail.com

17th November, 2009

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
LUSAKA

Dear Sir,

## RE: DOLLAR ACCOUNT NO. 842645-026

Please accept this letter as our firm instructions to transfer the sum of US$ 20,000.00 U.S. Dollars Twenty thousand only) to the following co-ordinates, in respect of the dividend.

BANK INFORMATION::    Comerica Bank
                                  31425 Five Mile Road
                                  Livonia, Michigan 48154
                                  (011) 734.525.2711
                                  Manager: Mr. Michael Cheatham
                                  S.W.I.F.T. # MNBDUS33

ACCOUNT HOLDER INFORMATION
                                  Erika I. Droste
                                  Account# 682-080-1733
                                  17002 Farmington Road
                                  Livonia, Michigan 48154

Please debit our above account with your respective charges and provide us with the transmission copy upon compliance.

Yours truly,
For FINSBURY INVESTMENTS LIMITED,

Dr. R.L. Mahtani
AUTHORISED SIGNATORY

# FINSBURY INVESTMENTS LIMITED

P O Box 70238,
Tel:610273/4/5
Fax: 615245
Ndola, Zambia

13th March, 2009

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
**LUSAKA**

Dear Sir,



**RE: DOLLAR ACCOUNT NO. 842645-026**

Please accept this letter as our firm instructions to transfer the sum of U.S.$20,000.00 (U.S. Dollars Twenty Thousand only) in respect of the dividend, to the co-ordinates below.

Societe Generale
1221 Avenue of the Americas
New York NY 10020
USA

| | | |
|---|---|---|
| Swift Code | : | SOGEUS33 |
| ABA Routing | : | 026004226 |
| Account | : | SG Hambros Bank Limited |
| Account No. | : | 190063 |
| In favour of | : | Maheep Singh |
| Account No. | : | 0204048/006/000/840 |
| IBAN | : | GB12 HAMB 4048 5820 4048 01 |

Please debit our above account with your respective charges and provide us with the transmission copy upon compliance.

Yours truly,
For **FINSBURY INVESTMENTS LIMITED**,

Dr. R.L. Mahtani
**AUTHORISED SIGNATORY**