Ref # 7500 CBN

# Finsbury Investments Limited

5th Floor Finance House
Heroes Place, Cairo Road
P O Box 34376
Lusaka
Tel nos: +260 211 238111
Fax no: +260 211 224256
Email: dr_mahtani@hotmail.com

*Hazel – Refer to Credit Dept first 30/11*

30th November, 2009

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
LUSAKA

Dear Sir,

**RE: DOLLAR ACCOUNT NO. 842645-026**

Please accept this letter as our firm instructions to transfer the sum of US$12,500.00 U.S. Dollars Twelve thousand five hundred only) to the following co-ordinates, in respect of the dividend.

BANK INFORMATION::  Comerica Bank
31425 Five Mile Road
Livonia, Michigan 48154
(011) 734.525.2711
Manager: Mr. Michael Cheatham
S.W.I.F.T. # MNBDUS33

Amount: $125,00
Ref: 00000000000

ACCOUNT HOLDER INFORMATION
Erika I. Droste
Account# 682-080-1733
17002 Farmington Road
Livonia, Michigan 48154



Please debit our above account with your respective charges and provide us with the transmission copy upon compliance.

Yours truly,
For FINSBURY INVESTMENTS LIMITED,

Dr. R.L. Mahtani
AUTHORISED SIGNATORY

*RTP # 1816 CBNY*
*Attn: Foreign transfers*
*Warga - expedite*

# FINSBURY INVESTMENTS LIMITED

*Contract # 0016FTC09089009*

P O Box 70238,
Tel: 610273/4/5
Fax: 615245
Ndola, Zambia

29th March, 2009

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
**LUSAKA**

Dear Sir,

RE: DOLLAR ACCOUNT NO. 842645-026

Please accept this letter as our firm instructions to transfer the sum of U.S.$50,000.00 (United States Dollars Fifty thousand only) in respect of the dividend, to the co-ordinates below.

    KBC Bank N.V.
    Branch : KBC Bank BK Antwerpen Noord
    Telex: 21207 kbcomp
    2030 Antwerpen
    Belgium
    BIC  :    KREDBEBB
    For the credit of:    Overseas Trading Company N.V.
    IBAN :    BE 13 4090 5101 1839
    Correspondent at New York:
    KBC Bank, New York
    125, West 55th Street, NEW YORK
    BIC  :    KREDUS33

Please debit our above account with your respective charges and provide us with the transmission copy upon compliance.

Yours truly,
For **FINSBURY INVESTMENTS LIMITED,**

Dr. R.L. Mahtani
**AUTHORISED SIGNATORY**



FINANCE BANK ZAMBIA LIMITED
LUSAKA CORPORATE
3 0 MAR 2009
RECEIVED FOREIGN
11 00 01

# FINSBURY INVESTMENTS LIMITED

P O Box
Ndola,
Tel: 610273/4/5
Fax: 615245

17th June, 2008

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
**LUSAKA**

Dear Sir,

**RE: DOLLAR ACCOUNT NO. 842645-026**

Please accept this letter as our firm instructions to transfer the following amount in respect of the dividend, to the co-ordinates below, and debit our above account with your respective charges.

| | | |
|---|---|---|
| Bank Name | : | ENSIGN FEDERAL CREDIT UNION |
| Bank Address | : | P O Box 530609 |
| | | Henderson Nevada 89053 |
| Account No. | : | 99032840016 CHECKING |
| Routing Number | : | 322484155 |
| Account Name | : | JONAS STOLTZFUS |
| Amount | : | US$ 20,000.00 (United States Dollars Twenty Thousand only) |

Please provide us with a copy of your transmission upon compliance.

Yours truly,
For FINSBURY INVESTMENTS LIMITED,

Dr. R.L. Mahtani
**AUTHORISED SIGNATORY**

# FINSBURY INVESTMENTS LIMITED

P O Box 70238,
Tel: 610273/4/5
Fax: 615245
Ndola, Zambia

22nd October, 2007

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
**LUSAKA**

Dear Sir,

**RE: DOLLAR ACCOUNT NO. 842645-026**

Please accept this letter as our firm instructions to effect the following telegraphic transfer as part dividend:

| | | |
|---|---|---|
| BANK NAME | : | ENSIGN FEDERAL CREDIT UNION |
| BANK ADDRESS | | P O Box 530609 |
| | | Henderson Nevada 89053 |
| ACCOUNT NO. | : | 99032840016 CHECKING |
| ROUTING NUMBER | : | 322484155 |
| ACCOUNT NAME | : | JONAS STOLTZFUS |
| AMOUNT | : | US$ 10,000.00 (U.S. DOLLARS TEN THOUSAND) |

Please debit our above-named account with your respective charges and provide us with a copy of your transmission upon compliance.

Yours truly,
For **FINSBURY INVESTMENTS LIMITED,**

*J. CRAVEN (Mrs.)*
**AUTHORISED SIGNATORY**




# FINSBURY INVESTMENTS LIMITED

9th January, 2006

P O Box 70238,
Tel:610273/4/5
Fax: 615245
Ndola, Zambia

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
**LUSAKA**

Dear Sir,

### FINSBURY INVESTMENTS LIMITED - KWACHA ACCOUNT NO. 842645-018

Please accept this letter as our firm instruction to convert out of our abovementioned Kwacha Account appropriate foreign currencies, to effect the following telegraphic transfers :-

1.  US$ 10,000.00 (U.S. Dollars Ten Thousand only) to:

    Bank of Nevada,
    221 East Stephanie Avenue,
    Henderson,
    Nevada 89074
    Routing number: 122402104
    Account number: 0301000527
    ACCOUNT NAME : JONAS STOLTZSUS

2.  Stg. £ 20,000.00 (Pound Sterling Twenty thousand only) to:

    The Royal Bank of Scotland International Limited,
    Bath Street,
    St. Helier,
    Jersey
    Sort Code: 16-10-28
    Account: Minervois Limited
    Account number: 50347678



FINANCE BANK ZAMBIA LIMITED
RECEIVED
09 JAN 2006
FOREIGN DEPARTMENT
LUSAKA CORPORATE BRANCH

......2

-2-

3. US$ 10,000.00 (U.S. Dollars Ten Thousand only) to:

   Citibank NA
   111 Wall Street
   5th Floor, Zone 1
   NY 1005
   NEW YORK, USA ✓
   Sort Code: CITIUS33
   Account Name: Charles Henry de Beauvoir Carey
   Sheena Chandan de Beauvoir Carey
   Account Number : 5255 1509

The nature of these payments cover pre-payments at dividends. You are authorized to debit our above account with your respective charges.

Yours truly,

Dr. R.L. Mahtani
AUTHORISED SIGNATORY

# FINSBURY INVESTMENTS LIMITED

6th February, 2006

The Manager,
Lusaka Corporate,
Finance Bank Zambia Limited,
P O Box 37102,
**LUSAKA**

P O Box 70238,
Tel:610273/4/5
Fax: 615245
Ndola, Zambia

Dear Sir,

**FINSBURY INVESTMENTS LIMITED – DOLLAR ACCOUNT NO. 842645-026**

Please accept this letter as our firm instructions to effect the following telegraphic transfers :

1. Account of CHRISTINE TOUSSAINT
   Bank – Fund Staff Federal Credit Union
   Washington DC USA
   ABA No. 2540 – 7417-0
   Account No. 149 420 – S 8
   Amount         :       US$ 8,000.00   (United States Dollars Eight Thousand only)
   Purpose – Advance Dividend

2. Banque : CLARIDEN BANK GROUP
   Geneva
   Compte: No. 108542
   US$ Banque of New-York, New York
   Swift: 1RVTUSNNN
   ABA 021000018
   For further credit to:
   CLARIDEN BANK GROUP
   Zurich
   Swift: CLAR CHZZ
   Beneficiary: GEORGES BOIZOT
   Amount         :       US$ 8,000.00   (United States Dollars Eight Thousand only)
   Purpose – Advance Dividend



....2



-2-

Please debit our above account together with your charges and let us have the respective transmission reports.

Yours truly,

Dr. R.L. Mahtani
AUTHORISED SIGNATORY

```
                              Untitled
 20: Sender's Reference
     ZFBA-713NY10TT
23B: Bank Operation Code
     CRED
23E: Instruction Code
     SDVA
32A: Val Dte/Curr/Interbnk Settld Amt
     Date          : 04 February 2010
     Currency      : USD (US DOLLAR)
     Amount        :                    #25000,00#
50K: Ordering Customer-Name & Address
     /842645-026
     FINSBURY INVESTMENTS LIMITED
     FINANCE HOUSE CAIRO RD
     P.O BOX 34376
     LUSAKA ZAMBIA
57B: Account With Institution - Locn
     //FW062001319
     COLONIAL BANK,FRISCO,TEXAS
 59: Beneficiary Customer-Name & Addr
     /8042716210
     GAY, McCALL, ISAAKS ATTORNEY'S
     CLIENT ESCROW ACCOUNT
 70: Remittance Information
     /RFB/ PAYMENT IN RESPECT OF THE
     // DIVIDEND
71A: Details of Charges
     OUR
```

*$25,000 US?* (handwritten annotation)

Untitled

```
 20: Sender's Reference
     ZFBA-7198NY09TT
23B: Bank Operation Code
     CRED
23E: Instruction Code
     SDVA
32A: Val Dte/Curr/Interbnk Settld Amt
     Date           : 17 November 2009
     Currency       : USD (US DOLLAR)
     Amount         :                   #30000,00#
50K: Ordering Customer-Name & Address
     /842645-026
     FINSBURY INVESTMENTS LIMITED
     FINANCE HOUSE CAIRO RD
     P.O BOX 34376
     LUSAKA ZAMBIA
57B: Account With Institution - Locn
     //FW067015795
     PARADISE BANK, BOCA RATON, FLORIDA
 59: Beneficiary Customer-Name & Addr
     /0143002186
     PADULA AND GRANT
     PLLC RETAINER ACCOUNT
 70: Remittance Information
     /RFB/ PAYMENT IN RESPECT OF THE
     // RETAINER FEES
71A: Details of Charges
     OUR
```

Page 1

Untitled

```
 20: Sender's Reference
     ZFBA-0133NY10TT
23B: Bank Operation Code
     CRED
23E: Instruction Code
     SDVA
32A: Val Dte/Curr/Interbnk Settld Amt
     Date            : 11 January 2010
     Currency        : USD (US DOLLAR)
     Amount          :                      #10000,00#
50K: Ordering Customer-Name & Address
     /842645-026
     FINSBURY INVESTMENTS LIMITED
     FINANCE HOUSE CAIRO RD
     P.O BOX 34376
     LUSAKA ZAMBIA
57A: Account With Institution - BIC
     BOFAUS3N
     BANK OF AMERICA, N.A.

     NEW YORK,NY  US
 59: Beneficiary Customer-Name & Addr
     /2359966044
     KERRY MARGOLIS
 70: Remittance Information
     /RFB/ PAYMENT IN RESPECT OF THE
     // DIVIDEND
     // ABA NO.026009593
     // MILL VALLEY,CA
71A: Details of Charges
     OUR
```

Untitled

```
 20: Sender's Reference
     ZFBA-4252NY09TT
23B: Bank Operation Code
     CRED
23E: Instruction Code
     SDVA
32A: Val Dte/Curr/Interbnk Settld Amt
     Date            : 24 July 2009
     Currency        : USD (US DOLLAR)
     Amount          :                    #5000,#
50K: Ordering Customer-Name & Address
     /842645-026
     FINSBURY INVESTMENTS LIMITED
     5th FINANCE HOUSE CAIRO RD
     P.O BOX 34376
     LUSAKA ZAMBIA
57B: Account With Institution - Locn
     //FW322484155
     ENSIGN FEDERAL CREDIT UNION,U.SA
 59: Beneficiary Customer-Name & Addr
     /99032840016
     JONAS STOLTZFUS
 70: Remittance Information
     /RFB/ DIVIDEND
71A: Details of Charges
     OUR
```

(3) The Registrar shall enter into the Register the name, the head office address and such other particulars as the Registrar considers appropriate concerning each person granted a licence, and shall remove from the Register the name and particulars of every person whose licence is revoked.

(4) Except as otherwise provided by this Act, the Registrar and Deputy Registrar, in the exercise and performance of their powers and functions, are subject to the control and direction of the Bank of Zambia.

21. (1) For the purpose of ascertaining the facts concerning the licensing, or unlicensed status, of any person, entries made in the Register shall be prima facie evidence as to those facts. *Use of Register in evidence*

(2) A document certified by the Registrar as a true copy or extract from the Register shall be admissible in any court as prima facie evidence of the contents of the Register.

22. The Register or a copy of the Register shall be available for inspection by the public at the head office of the Bank of Zambia during regular business hours upon payment of such fee as may be prescribed by regulation. *Inspection of Register*

## CHAPTER III

### ORGANISATION AND ADMINISTRATION

#### PART 1—OWNERSHIP AND CONTROL OF BANKS

23. (1) Shares issued by a bank shall be only of such classes or series as may be approved by the Bank of Zambia. *Limitation on voting control*

(2) A person shall not, without the prior approval in writing of the Bank of Zambia—

    (a) acquire any beneficial interest in the voting shares of a bank; or

    (b) enter into any voting trust or other agreement,

that would enable the person to control more than twenty-five per centum of the total votes that could be cast on any general resolution at a general or special meeting of the bank.

(3) No bank shall register any transfer of its voting shares to any person if, as a result of the transfer, the person would contravene subsection (2).

(4) Where a person (in this subsection referred to as the "shareholder") acquires an interest in or control over voting shares in contravention of subsection (2), a person shall not, in person or by proxy, exercise the voting rights of any voting share owned or controlled by the shareholder other than such shares as are registered in the name of the shareholder on the share register of the bank.

(5) Where, on the date this section comes into force, a person owns or controls or is deemed, by the operation of any provision of this Act, to own or control shares in contravention of subsection (1), the person may retain any such shares or control, but may not sell or otherwise dispose of the same except in such a manner that no transferee from or successor to the person will thereby contravene that subsection.

(6) Any person acting in contravention of this section shall be guilty of an offence and shall be liable on conviction to a fine not exceeding ten million kwacha or to imprisonment for a period not exceeding five years, or to both.

| | |
|---|---|
| Ownership | **24.** (1) A person who has de jure control or de facto control of a bank shall not own any share in the capital of, or acquire or maintain de jure or de facto control of, any other bank. |

(2) This section does not preclude any person from acquiring all the voting shares in the capital of a bank for the purpose of implementing an amalgamation of two or more banks in accordance with this Act.

(3) Any person acting in contravention of this section shall be guilty of an offence and shall be liable on conviction to a fine not exceeding ten million kwacha or to imprisonment for a period not exceeding five years, or to both.

PART 2—AMALGAMATION AND RESTRUCTURING OF BANKS

| | |
|---|---|
| Meaning of "corporate restructuring transaction" | **25.** In this part, "corporate restructuring transaction" means—<br>(a) the amalgamation of a bank with another company; or<br>(b) the transfer by a bank to any other company of the whole or more than the prescribed part of its assets or liabilities in Zambia otherwise than in the ordinary course of its business. |
| Prohibition of corporate restructuring transactions | **26.** (1) A bank shall not effect a corporate restructuring transaction with another company that is not a bank. |

(2) A bank shall not effect a corporate restructuring transaction with another bank without the prior written consent of the Bank of Zambia.

(3) A bank that contravenes this section shall be guilty of an offence and shall be liable on conviction to a fine not exceeding ten million kwacha.

| | |
|---|---|
| Consent to corporate restructure etc. | **27.** (1) An application for any consent of the Bank of Zambia to a corporate restructuring transaction shall include—<br>(a) a statement of the nature of the transaction proposed to be entered into;<br>(b) the text of all material documents intended to evidence or implement the transaction; and<br>(c) such other information, in such form, as the Bank of Zambia may reasonably require for the purposes of an informed consent or as may be prescribed by regulation. |

(2) The Commissioner shall make periodic reports to the Authority concerning the activities of the Unit as the Authority may determine.

### Part IV
### Money Laundering Offences

7. A person who, after the commencement of this Act, engages in money laundering, shall be guilty of an offence and shall be liable, upon conviction to a fine not exceeding one hundred and seventy thousand penalty units or to imprisonment for a term not exceeding ten years or to both.



Prohibition of money laundering

8. Where an offence under the provisions of this Act is committed by a body of person, whether corporate or unincorporated—

  (a) the body of persons shall be guilty of an offence and liable upon conviction to a fine not exceeding four hundred thousand penalty units; and

  (b) every person who, at the time of the offence, acted in an official capacity for or on behalf of such a body of persons, whether as a Director, Manager, Secretary or other similar capacity, or was purporting to act in such capacity and who was involed in the commission of that offence, shall be guilty of that offence;

and shall be liable, upon conviction to a fine not exceeding one hundred and seventy thousand penalty units or to imprisonment for a term not exceeding ten years, or to both.

Offences committed by body of persons

9. (1) Any person who attempts, aids, abets, counsels or procures the commission of the offence of money laundering shall be guilty of an offence and shall be liable, on conviction, to a fine not exceeding one hundred and thirty-nine thousand penalty units or to imprisonment for a term not exceeding five years, or to both.

(2) Any person who conspires with another to commit the offence of money laundering shall be guilty of an offence and shall be liable upon conviction to a fine not exceeding one hundred and thirty-nine thousand penalty units or to imprisonment for a term not exceeding five years or to both.

Attempts, aiding and abetting or conspiring to commit offence

10. Any person who knows or suspects that an investigation into money laundering has been, is being or is about to be conducted, falsifies, conceals, destroys or otherwise disposes of, causes or permits the falsification of material which is or is likely to be relevant to the investigation of the offence, shall be guilty of an offence and shall be liable, upon conviction, to a fine not exceeding one hundred and thirty-nine thousand penalty units or to imprisonment for a term not exceeding five years or to both.

Falsification of documents

ANNEX 'F'

WITNESS STATEMENT

DATE: ................................................................................................

Statement of: ................................................................................................

Occupation: ................................................................................................

I am over 18 years of age, and this statement, consisting of ................page(s), is

true to the best of my knowledge and belief.

Signature: ................................................................................................

Date: ................................................................................................

I occupy the position of (Job title):

................................................................................................
................................................................................................
................................................................................................

In the employment of (business/organisation):

................................................................................................
................................................................................................
................................................................................................

Located at (address):

................................................................................................
................................................................................................
................................................................................................

1. The remittances were received in respect of

   ......................................................................................................................

   ......................................................................................................................

   ......................................................................................................................

2. The funds were remitted

   by..................................................................................................................

   ......................................................................................................................

   ......................................................................................................................

   (explain the relationship between the sender and the receiver)

3. Other payments apart from dividends made to the above named persons(s) from Finsbury Investment Limited

   are.................................................................................................................

   ......................................................................................................................

   ......................................................................................................................

4. Other bank accounts held by the above persons

   are.................................................................................................................

   ......................................................................................................................

   ......................................................................................................................

Signature:.................................................................

Date:........................................................................

**ANNEX 'G'**

WITNESS STATEMENT

(INSTITUTIONS)

DATE: ..............................................................................................

Statement of: ..............................................................................................

Occupation: ..............................................................................................

I am over 18 years of age, and this statement, consisting of ..............................page(s), is true to the best of my knowledge and belief.

Signature: ..............................................................................................

Date: ..............................................................................................

I occupy the position of (Job title):

..............................................................................................

In the employment of (business/organisation):

..............................................................................................
..............................................................................................

Located at (address):

..............................................................................................

By virtue of my position I can state that each of the records exhibited in this statement is the original or the duplicate of the records in the custody of (business/organisation). I produce these records as my exhibits(s)[1]

..............................................................................................
..............................................................................................

---

[1] The exhibit number should consist of the witness' initials and a consecutive number. For example, the first document produced by Peter Smith will have the exhibit number PS1, the second will be PS 2 and so on. An entire set of associated documents can be given a single exhibit number.

And explain them as follows.[2]

........................................................................................................................................
........................................................................................................................................

1. The owner(s) of account(s) No......................is/ are

........................................................................................................................................

2. The signatories to the accounts are

........................................................................................................................................

3. The remittances were received in respect of

........................................................................................................................................
........................................................................................................................................

4. The funds were remitted by..........................................................................................................
   (explain the relationship between the sender and the receiver)

5. Other payments apart from dividends made to the above named persons(s) from Finsbury Investment Limited are............................................................................................................

........................................................................................................................................

6. Other bank accounts held by the above persons are............................................................................................................

........................................................................................................................................

I can further state that:

i. The records were created or received by a person in the course of a trade, business, profession or other occupation, or as the holder of a paid or unpaid office;

---

2. Please explain as required what each of the records are and what they purport to show unless they clearly do not need any explanation. Please also explain any acronyms, abbreviations or other technical terminology used within the records that a non expert person might not understand.

ii. The person who originally supplied the information contained in the records had or may reasonably be supposed to have had personal knowledge of the matters dealt with; and

iii. Each person through whom the information was supplied received the information in the course of a trade, business, profession or other occupation, or as the holder of a paid or unpaid office.

Signature..................................................................................

Date:..................................................................................